OXMAN LAW GROUP, PLLC
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 422-3900
Marc Oxman

*Counsel for Plaintiffs NY Fuel Holdings, LLC, Metro NY Dealer Stations, LLC, NY Fuel Distributors, LLC and NY Dealer Stations Management, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| SAMMY ELJAMAL, | Case No. 15-22872 (RDD) |
| Debtor. | |

----------------------------------------------------------------x

| | |
|---|---|
| NY FUEL HOLDINGS, LLC, METRO NY DEALER STATIONS, LLC, NY FUEL DISTRIBUTORS, LLC and NY DEALER STATIONS MANAGEMENT, LLC, | Adv. Pro. No. 15-08354 (RDD) |
| Plaintiffs, | |
| v. | |
| SAMMY ELJAMAL, BRENT COSCIA, JAMES A. WEIL and WILTON MOTIVA ASSOCIATES, LLC, | |
| Defendants. | |

----------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO BANKRUPTCY RULE 7041**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable to these proceedings by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiffs NY Fuel Holdings, LLC, Metro NY Dealer Stations, LLC, NY Fuel Distributors, LLC and NY Dealer Stations Management, LLC hereby provide notice that

the above-captioned adversary proceeding is voluntarily dismissed, with prejudice, against defendants Sammy ElJamal, Brent Coscia, James A. Weil and Wilton Motiva Associates, LLC (each, a "Defendant").  As of the date of this Notice, no Defendant has served either an answer or motion for summary judgment.

DATED:  White Plains, New York
           October 30, 2019

                                      NY FUEL HOLDINGS, LLC, METRO NY DEALER STATIONS, LLC, NY FUEL DISTRIBUTORS, LLC and NY DEALER STATIONS MANAGEMENT, LLC, Plaintiffs
By their attorneys,
OXMAN LAW GROUP, PLLC,
By:

*/s/ Marc Oxman*
MARC OXMAN
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 422-3900
moxman@oxmanlaw.com